IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| Kristin M. Ellet | : | |
| | : | |
| | : | Case No.: 17-13275 |
| | : | |
| Debtor(s) | : | Chapter 13 |

CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading or request for a hearing has been filed in response to the Application for Compensation of Attorney Fees at Docket Number 15.

Dated: October 2, 2017         /s/ Brad J. Sadek, Esquire
                               Brad J. Sadek, Esquire
                               Sadek and Cooper
                               "The Philadelphia Building"
                               1315 Walnut Street, #502
                               Philadelphia, PA 19107
                               215-545-0008