# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kristin M. Ellet<br>　　　　Debtor | CHAPTER 13 |
| Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust C<br>　　　　Movant<br>　　vs. | NO. 17-13275 ELF |
| Kristin M. Ellet<br>　　　　Debtor | |
| William C. Miller Esq.<br>　　　　Trustee | 11 U.S.C. Sections 362 and 1301 |

## ORDER

AND NOW, this 23rd day of May, 2018 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

**ORDERED** THAT: the Motion for Relief from the Automatic Stay under 11 U.S.C. Section 362, is modified with respect to the subject premises located at 6 POWELL PL, HAMILTON , NJ 08610 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

　　　　　　　　　　　　　　　　　　　　　　　**ERIC L. FRANK**
　　　　　　　　　　　　　　　　　　　　　　　**U.S. BANKRUPTCY JUDGE**

Kristin M. Ellet
42 Violet Lane
Newtown, PA 18940

Brad J. Sadek Esq.
1315 Walnut Street (VIA ECF)
Suite 502
Philadelphia, PA 19107

William C. Miller Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532