Certificate Number: 03088-PAE-DE-032285288

Bankruptcy Case Number: 17-13275



03088-PAE-DE-032285288

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 12, 2019, at 1:20 o'clock PM CST, Kristen M Ellet completed a course on personal financial management given by internet and telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   February 12, 2019                    By:    /s/Doug Tonne

Name:  Doug Tonne

Title:   Counselor